UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DONNA HART,

                Plaintiff,

vs.                                                                              Civil Action No.:
                                                                               7:19-CV-06663-KMK-LMS
ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

## PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed, Plaintiff moves this Court, on submission, for an Order granting an enlargement of time of sixty (60) days to file his motion for judgment on the pleadings and memorandum of law in support in this matter, which is currently due on January 24, 2020. This is Plaintiff's first request for an extension and is necessary due to a backlog of cases from the recent holidays and an unexpected increase in counsel's case load. Plaintiff has contacted counsel for Defendant who kindly consents to this motion.

Dated: January 7, 2020                            Respectfully submitted,

                                              By:    /s/ Charles E. Binder
                                                        Law Office of Charles E. Binder
                                                        and Harry J. Binder, LLP
                                                        485 Madison Avenue, Suite 501
                                                        New York, NY 10022
                                                        (212)-677-6801
                                                        Fax (646)-273-2196
                                                         fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DONNA HART,

            Plaintiff,

vs.                                                       Civil Action No.:
                                                       7:19-CV-06663-KMK-LMS

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

            Defendant.
-----------------------------------------------------------X

**ORDER**

AND, NOW, this ____ 4th March day of ~~January~~, 2020, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due March 30, 2020. Defendant's motion and brief is due April 29, 2020. Plaintiff's reply, if any, is due May 20, 2020.

Entered: 3/4/2020

Hon. Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2020, I electronically filed the foregoing Plaintiff's Unopposed Motion for an Enlargement of Time to File His Motion for Judgment on the Pleadings with the Clerk of Court using the CM/ECMF system which will send notification of such filing to all registered CM/ECMF case participants.

/s/ Charles E. Binder
Attorney for Plaintiff