USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

DONNA HART,

                Plaintiff,

       -v-

COMMISSIONER OF SOCIAL SECURITY,
              Defendant.
------------------------------------------------------------X

19 **CIVIL** 6663 (KMK)(LMS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated July 15, 2020, that the decision of the

Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is,

remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings, including offering Plaintiff the opportunity for a new

hearing and de novo decision in accordance with the Commissioner's rules and regulations.

**Dated:** New York, New York
       July 15, 2020

                                  **RUBY J. KRAJICK**

                                    **Clerk of Court**

             BY:

                                    **Deputy Clerk**